UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-359-MOC-SCR

| | |
|---|---|
| STEVEN FERBY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's consent motion for attorney fees under the Equal Access to Justice Act. (Doc. No. 10). Defendant does not oppose Plaintiff's motion.

**IT IS, THEREFORE, ORDERED** that that Plaintiff, Steven Ferby, is awarded attorney fees in the amount of Six Thousand Eight Hundred Dollars and 00/100 Cents ($6,800.00) and Four Hundred and Two dollars and 00/100 cents ($402.00) in costs. These attorney fees will be paid directly to Plaintiff, Steven Ferby, and sent to the business address of Plaintiff's counsel, Kira Treyvus. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

**SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge